UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHWIN V. LADVA,<br><br>Plaintiff,<br><br>v.<br><br>CASA SPAZIO INC., et al.,<br><br>Defendants. | Case No. 25-cv-08240-AMO<br><br>**ORDER TO SHOW CAUSE WHY PARTIES SHOULD NOT BE SANCTIONED FOR NON-COMPLIANCE WITH SCHEDULING ORDER** |

On February 12, 2026, the Court held a case management conference in this matter and issued a scheduling order. Dkt. Nos. 15, 16. The Court set February 19, 2026 as the deadline for the parties to file their disclosures of conflicts, interested entities and persons, and citizenship and for plaintiff and defendant Plycon Van Lines to file their ADR certifications.[1] Dkt. No. 16 at 1. The Court also set March 12, 2026 as the deadline for the parties to report to the Court regarding private mediator selection and scheduling. *Id.* The Court further set March 13, 2026 as the deadline for Plaintiff to serve Defendant Prescotto.

On February 16, 2026, Plaintiff filed his ADR certification. Dkt. No. 17. On February 18, 2026, Defendant Casa Spazio filed its certificate of interested parties. The parties have otherwise failed to comply with the scheduling order deadlines set forth above.

///

///

///

---

[1] Defendant Casa Spazio filed its ADR certification prior to the case management conference. Dkt. No. 10.

Accordingly, the parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failing to comply with the above-referenced scheduling order deadlines.  Plaintiff is further **ORDERED TO SHOW CAUSE** why Defendant Prescotto should not be dismissed for failure to serve by the Court's deadline.  Each party shall file a written response, of no more than 3 pages, to this Order by no later than May 27, 2026.

**IT IS SO ORDERED.**

Dated: 5/20/2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**

United States District Court
Northern District of California

2